IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br>**[2] RAMÓN ANTONIO TORRES-GONZÁLEZ,**<br>Defendant. | **Crim. # 14-505 (PG)** |

### REQUEST FOR PERMISSION FOR SUBSTITUTE COUNSEL

**TO THE HONORABLE COURT:**

**COMES NOW** the undersigned attorney who respectfully alleges and prays as follows:

1. A status conference was originally scheduled for June 10, 2015. However, the same has been rescheduled for June 16, 2015 at 10:00 AM.

2. The undersigned has a previously scheduled status conference in Crim. 15-263 (FAB) with Judge Besosa on the same date at 9:00 AM at the Hato Rey Court House.

3. The undersigned has spoken with attorney José R. Gaztambide-Aneses, who has graciously accepted to substitute the undersigned if so permitted by the Court.

**WHEREFORE,** it is respectfully request that given the undersigned's conflict of work calendar hearings, that this Honorable Court permit attorney José R. Gaztambide-Aneses to substitute the undersigned at the status conference scheduled for June 16, 2015 at 10:00 AM.

**Respectfully Submitted.**

In San Juan, Puerto Rico, this 10th day of June, 2015.

**s/ JOSÉ R AGUAYO CAUSSADE**
JOSE R. AGUAYO CAUSSADE, Esq.
USDC-PR No. 123301

**CERTIFICATE OF NON-SERVICE:** I hereby certify that on this date I filed the foregoing document with the Clerk of the Court for the District of Puerto Rico, through the CM/ECF Electronic Filing System, which will send notification of this filing to all parties of record.

**/s/ JOSÉ R AGUAYO CAUSSADE**
JOSE R. AGUAYO CAUSSADE, Esq.
USDC-PR No. 123301
569 Teniente Cesar González St.
San Juan, PR 00918
Tel.:   (787) 765-0814
Fax:    (787) 274-0071
E-mail:   joseraguayo@gmail.com